GEORGE S. WRIGHT, APPELLANT, *v.* ABBIE J. FLEMING AND OTHERS, RESPONDENTS.

Order affirmed, with costs and disbursements.

Opinion by GILBERT, J.

---

JOHN P. HAWKINS, RESPONDENT, *v.* DANIEL H. TER-RELL AND ALMERON WHITEHEAD, APPELLANTS.

Order of April 5, 1880; order of April 16, 1880; order of April 22, 1880, affirmed, with costs and disbursements as of one appeal.

Opinion by DYKMAN, J.

---

HORACE SEAMAN, RESPONDENT, *v.* JACOB BALDWIN, APPELLANT.

Order affirmed, with costs and disbursements.

Opinion by BARNARD, P. J.

---

TITUS B. ELDRIDGE, RESPONDENT, *v.* THE NEW YORK & BRIGHTON BEACH RAILWAY COMPANY, APPELLANT.

Order affirmed, with costs.

---

ABRAHAM LOTT, ADMINISTRATOR, &c., RESPONDENT, *v.* FRANK CROOKE, EXECUTOR, &c., APPELLANT.

Judgment and order confirming report of referee affirmed, with costs.

Opinion by BARNARD, P. J.

---

THE CITY NATIONAL BANK OF POUGHKEEPSIE, APPELLANT, *v.* WILLIAM PHELPS, RESPONDENT.

Judgment affirmed, with costs.

Opinion by GILBERT, J.

---

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* THE COMMISSIONERS OF CHARITIES OF THE COUNTY OF KINGS, RESPONDENTS, *v.* JACOB MEINZER, APPELLANT.

Judgment reversed, without costs.

Opinion by BARNARD, P. J.